IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MADELEINE BUKASA,** | No. 3:23-cv-1049 |
| Plaintiff, | |
| v. | **JURY DEMAND** |
| **QUANTA MANUFACTURING NASHVILLE LLC,** | District Judge Richardson |
| Defendant. | Magistrate Judge Frensley |

## JOINT MOTION TO AMEND INITIAL CASE MANAGEMENT ORDER

Under Rule 16(b)(4) of the Federal Rules of Civil Procedure and this Court's Initial Case Management Order ("ICMO"), [Dkt. 15], Plaintiff and Defendant (collectively, the "Parties"), through counsel and for good cause shown, jointly and respectfully request that this Court amend its ICMO. Specifically, the Parties request that the Court extend the deadline for motions to amend pleadings and to add parties without the consent of all parties, which is currently May 1, 2024, **for 28 days, until May 29, 2024**. [*See id.* at 4–5.] In support of this motion, the Parties state:

1. This Court has previously set the following deadlines for this matter, which the Parties reproduce in full below as required by the ICMO, [*id.* at 6]:

   a. The Parties must file motions to amend pleadings and to add parties, other than those based on the Parties' consent, by May 1, 2024, [*id.* at 4–5];

   b. The Parties must participate in a subsequent case management conference with the Court on July 31, 2024, at 9:00 a.m., [*id.* at 5];

   c. The Parties must complete all written discovery and fact depositions and file all discovery motions by August 26, 2024, [*id.* at 4];

d. The Parties must submit a joint case resolution status report by September 9, 2024, [*id.* at 3];

e. The Parties must file dispositive motions by September 23, 2024, [*id.* at 5];

f. The Parties must file all motions in limine, identify and exchange copies of all exhibits, and exchange deposition designations by February 17, 2025, [Dkt. 16, at 3];

g. The Parties must submit a Joint Proposed Pretrial Order, joint proposed jury instructions and verdict forms, witness lists, exhibit lists, any stipulations, responses to motions in limine, and briefs on employment discrimination damages by February 24, 2025, [*id.* at 1–4];

h. The Parties must participate in a Pretrial Conference with this Court on March 3, 2025, at 8:30 a.m., [*id.* at 1]; and

i. The jury trial of this action begins on March 11, 2025, at 9:00 a.m., [*id.*].

2. The Parties timely served written discovery under the Court's ICMO, [*see* Dkt. 15, at 4], and are currently engaged in written discovery. Counsel for the Parties are working cooperatively and diligently to provide their respective responses to written discovery, but they have yet to produce documents that would bear on possible amendments to the pleadings.

3. Illnesses of Defendant's corporate representative and of Plaintiff's counsel have contributed to the short delays in responding to written discovery. The Parties will provide written responses to discovery requests and will produce documents on or before April 26, 2024.

4. Prior to expiration of the deadline for amending pleadings and adding parties, the Parties wish to exchange sufficient discovery and to allow sufficient time to review the discovery produced before evaluating whether any amendments to the pleadings are necessary.

5. The requested extension will not impact any other deadline in this matter.

6. The Parties certify under Local Rule 16.01(h)(1) that the requested extension will not cause the "dispositive motion deadline, including response and reply briefs, [to] be later than 90 days in advance of the trial date." [*See id.* at 6.]

For the reasons stated above, the Parties jointly and respectfully request that this Court extend the deadline for amending pleadings and adding parties by 28 days, from May 1, 2024, until **May 29, 2024**.

Date: April 19, 2024

Respectfully submitted,

/s/ *N. Chase Teeples*
Melody Fowler-Green (#023266)
N. Chase Teeples (#032400)
YEZBAK LAW OFFICES PLLC
P.O. Box 159033
Nashville, TN 37215
Tel.: (615) 250-2000
Fax: (615) 250-2020
mel@yezbaklaw.com
teeples@yezbaklaw.com

/s/ *C. Eric Stevens*
C. Eric Stevens, Bar No. 010632
estevens@littler.com
Dana Palombo, Bar No. 038311
dpalombo@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on April 19, 2024, I filed a true and correct copy of this document, *Joint Motion to Amend Initial Case Management Order*, via the Court's CM/ECF system, which sent notice to the following counsel of record:

C. Eric Stevens, Bar No. 010632
estevens@littler.com
Dana Palombo, Bar No. 038311
dpalombo@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323

*Attorneys for Defendant*

                                                /s/ *N. Chase Teeples*