# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

Madeleine Bukasa

                              Plaintiff,

v.                                      Case No.: 3:23−cv−01049

Quanta Manufacturing Nashville LLC

                              Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/18/2024 re [34].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk
